**CAMBRIDGE CONSULTING GROUP, INC., Plaintiff–Appellant**

v.

**BANK OF AMERICA, N.A., Defendant–Appellee.**

No. 12–10232.

United States Court of Appeals, Fifth Circuit.

Feb. 14, 2013.

Robert E. Goodman, Jr., Esq., Theodore Carl Anderson, III, Esq., Kilgore & Kilgore, P.L.L.C., Dallas, TX, for Plaintiff–Appellant.

Oscar Rey Rodriguez, Esq., Theodore W. Daniel, Esq., Kyle Morris Schindler, Fulbright & Jaworski L.L.P., Dallas, TX, for Defendant–Appellee.

Before KING, SOUTHWICK, and GRAVES, Circuit Judges.

PER CURIAM: *

After reviewing the record, studying the briefs, and listening to oral arguments, we affirm the judgment of the district court for essentially the reasons given by the district court in its well-reasoned Order filed February 7, 2012.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.